IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISON

UNITED STATES OF AMERICA,

    Respondent,

                                                    Criminal Action No. 4:01-cr-30083-5

v.

JAMES J. SAUNDERS, JR.,

    Petitioner.

## PETITIONER'S AMENDED MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255.

COMES NOW the Petitioner, by counsel, and files this Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 based upon the grounds and arguments set forth in support of this Motion in the Memorandum of Law in Support of Petitioner's Motion to Vacate.

                                                       Respectfully submitted,

                                                       JAMES JUNIOUS SAUNDERS, JR.

                                                       By Counsel

Counsel:

*s/ M. Coleman Adams*
M. Coleman Adams
Williams, Morrison, Light and Moreau
317 Patton Street
Danville, VA 24541
(434) 793-4912 Phone
(434) 792-6110 Facsimile

CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of March, 2016, a true copy of the foregoing was sent, via first-class mail, postage prepaid, to:

> James J. Saunders, Jr.
> FCI Petersburg Low
> P.O. Box 1000
> Petersburg, VA 23804

and was electronically filed with the Clerk of Court using the CM/ECF system on March 18, 2016 which will send notification of such filing to the following:

> Donald Ray Wolthuis, Esq.
> United States Attorney's Office
> 310 1st St., SW Room 906
> Roanoke VA 24011

          *s/ M. Coleman Adams*
          M. Coleman Adams