IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 4:01-cr-30083-5 |
| v. | ORDER |
| JAMES J. SAUNDERS, JR., <br> Petitioner. | By: Robert S. Ballou <br> United States Magistrate Judge |

James J. Saunders, Jr. filed an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on March 18, 2016. The United States was required to respond to the amended § 2255 motion within sixty days thereof, and in response to the court's order, has filed a motion to dismiss and motion for leave to file out of time. After considering the motion, the United States' motion for leave to file out of time is **GRANTED**.

It is so **ORDERED**.

Enter: June 10, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge